1 DAVID L. ANDERSON (CABN 149604)
United States Attorney
2
HALLIE HOFFMAN (CABN 210020)
3 Chief, Criminal Division

4 SHAILIKA S. KOTIYA (CABN 308758)
Assistant United States Attorney
5
450 Golden Gate Avenue, Box 36055
6 San Francisco, California 94102-3495
Telephone: (415) 436-7443
7 FAX: (415) 436-7234
shailika.kotiya@usdoj.gov
8
Attorneys for United States of America
9

**FILED**

SEP 19 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,                ) CASE NO. CR 18-00462 VC
                                            )
14           Plaintiff,                     ) [PROPOSED] ORDER GRANTING PETITION
                                            ) FOR WRIT OF HABEAS CORPUS AD
15      v.                                  ) PROSEQUENDUM
                                            )
16 THOMAS KELLER,                           )
                                            )
17           Defendant.                     )
                                            )
18

19         Upon motion of the United States of America, and good cause appearing therefore,

20 IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas

21 Corpus Ad Prosequendum requiring the production of defendant THOMAS KELLER, before this Court

22 on the date stated in the Writ submitted, and requiring that the defendant be present for all future

23 hearings, is granted,, and the Writ shall be issued as presented.

24
DATED: _____September 19, 2019_____
25
                                            _____
26                                          Hon. Vince Chhabria
                                            United States District Judge
27

28

[PROPOSED] ORDER
CASE NO. CR 18-00462 VC

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   **DONALD M. O'KEEFE, United States Marshal for the Northern District of California, MAIN ADULT DETENTION FACILITY, SANTA ROSA, CALIFORNIA, THE SONOMA COUNTY SHERRIFF** and /or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of THOMAS KELLER, who is in the custody of the Main Adult Detention Facility in Santa Rosa, California, before the Honorable Vince Chhabria, United States District Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 17th Floor, San Francisco, California, 94102, on October 1, 2019, at 10:30 a.m. or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release THOMAS KELLER from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: ___9/19/19___

                         CLERK, UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA

By: _____

                         DEPUTY CLERK