UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS KELLER,<br><br>　　　　　Defendant. | Case No. 18-cr-00462-VC-1<br><br>**ORDER RE MOTION FOR SUBSTITUTION OF COUNSEL**<br><br>Re: Dkt. No. 103 |

　　　　The Court will not consider the motion for appointment as counsel unless Mr. Cox submits answers to the questions posed by the Court's application to be appointed to the CJA panel, a copy of which is attached to this order. The answers to those questions will assist the Court in determining whether appointment is appropriate for purposes of this case. If Mr. Cox wishes to request a 7-day continuance of the hearing to give him more time to submit the answers to these questions, he may do so by emailing the Courtroom Deputy. In addition, he may submit the answers by email with a cc to the government and current counsel, as opposed to filing them on the docket, since the answers involve disclosure of contact information and other information that may not be appropriate for the public docket.

　　　　**IT IS SO ORDERED.**

Dated: March 1, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge