STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KRISTINA GREEN (NYBN 5226204)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6912
    FAX: (415) 436-7027
    Kristina.Green@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 18-00462 VC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER ON PRETRIAL SCHEDULE **AS MODIFIED** |
| v. | |
| THOMAS KELLER, | |
| Defendant. | |

On March 23, 2021, the parties in the above-captioned matter appeared before the Court for a trial status conference. Dkt. 109 (Min. Entry). The Court scheduled the jury trial in this case to begin on November 8, 2021 and scheduled the pretrial conference for October 13, 2021. *Id.* On July 19, 2021, the parties filed a joint stipulation and [proposed] order on a pretrial schedule. Dkt. 117. During a status conference held on July 21, 2021, the Court reset the pretrial conference for October 29, 2021. Dkt. 122 (Min. Entry). The parties now file this revised joint stipulation and [proposed] order on the pretrial schedule that reflects the revised pretrial conference date and ensuing adjustments to other pretrial dates.

//

The parties now agree and stipulate to the following pretrial filing and trial schedule:

| EVENT | DATE |
|---|---|
| 404(b) Notice | September 29, 2021 |
| Brady, Jencks, Giglio Deadline; Expert Witness Disclosures | October 1, 2021 |
| Exhibit Lists | October 7, 2021 |
| Joint Pretrial Statement<br>Motions in Limine | October 15, 2021 |
| Oppositions to Motions in Limine<br>Joint Proposed Jury Instructions<br>Joint Proposed Verdict Form<br>Joint Proposed Additional Questions<br>Objections to Standard Jury Questionnaire<br>Joint Proposed Description of the Case<br>Joint Involved Individuals List<br>Proposed Additional Voir Dire<br>Witness Lists | October 22, 2021 |
| Pretrial Conference | October 29, 2021 |
| Arrangement of Daily Transcript or Real-Time Reporting | November 1, 2021 |
| Contact Courtroom Deputy Regarding Courtroom Layout and Technology | November 1, 2021 |
| Parties to Receive Questionnaire Responses from Jury Office & Prepare For Cause and Preemptory Strikes | November ~~2~~, 2021<br>4 |
| Submission of Trial Exhibits<br>Joint Lists of Names, Places, Uncommon Terms, and Acronyms | November 3, 2021 |
| Hearing re: Excusals for Venire Members | November 4, 2021 at 2:00 PM |
| Courtroom Walk-through & Technology Testing | November 5, 2021 |
| Jury Selection | November 8, 2021, 9 a.m. to 2 p.m. |

//
//
//
//

1     IT IS SO STIPULATED.

2   DATED:     September 7, 2021               /s/
                                                   KRISTINA GREEN
3                                                    ROSS WEINGARTEN
                                                   Assistant United States Attorneys
4

5   DATED:     September 7, 2021               /s/
                                                   DAVID RIZK
6                                                    ELIZABETH FALK
                                                   Counsel for Defendant Thomas Keller

7

8

...

[~~PROPOSED~~] **ORDER**ED AS MODIFIED

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court and for good cause shown, the Court adopts the dates set forth in the parties' stipulated pretrial schedule.

IT IS SO ORDERED.

DATED: 09/15/2021

THE HON. VINCE CHHABRIA
United States District Judge